IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH, | Case No. 1:16-cv-01528-DAD-EPG (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS LOZOVOY AND GREWAL'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| R. LOZOVOY, et al., | (ECF NO. 18) |
| Defendants. | |

On September 28, 2017, defendants Lozovoy and Grewal ("Defendants") filed a request for an extension of time to respond to the complaint. (ECF No. 18). Defendants ask for an additional thirty days, which would make their responsive pleading(s) due on November 1, 2017. (Id. at 1).

According to the declaration of Janet Chen (Defendants' attorney), which was filed along with the request for an extension of time, Janet Chen has not yet received requests for representation from all defendants, and in fact received one request for representation on September 27, 2017. Janet Chen would like to prepare and file a single response for all defendants. Additionally, Defendants need additional time due to Janet Chen's workload in other cases.

The Court notes that it appreciates the demands on Counsel's time, but cautions that extensions based on demands of other cases are disfavored because Counsel is presumed to have

1

sufficient resources to address the cases where she serves as counsel.

Nevertheless, the Court will grant Defendants' request for an extension of time, noting that no further extensions will be permitted absent extraordinary circumstances.

Accordingly, IT IS ORDERED that Defendants' responsive pleading(s) are due on November 1, 2017.

IT IS SO ORDERED.

Dated: **September 28, 2017**          /s/ Erin P. Gross
                                        UNITED STATES MAGISTRATE JUDGE