UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. LOZOVOY, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01528-DAD-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |

Colin Randolph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 5, 2018, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Janet Chen and Michelle Angus telephonically appeared on behalf of Defendants.

For the reasons stated on the record at the Conference, IT IS ORDERED that:

1. Defendants have until February 8, 2018, to re-serve Plaintiff with their initial disclosures; and
2. Plaintiff has until March 7, 2018, to serve Defendants with a supplement to his initial disclosures that includes the names[1] and, if known, the addresses and telephone numbers, of additional individuals likely to have discoverable

---

[1] If Plaintiff is unable to provide the name of any of these individuals, Plaintiff should provide the identifying information that he has, such as when and where the individuals were working during the relevant time period, as well as their job titles (if known).

1

information, along with the subjects of the discoverable information.

IT IS SO ORDERED.

Dated: __**February 5, 2018**__     /s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE