UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. LOZOVOY, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01528-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF THIRD PARTY SUBPOENA<br><br>(ECF NO. 30) |

　　　　Colin Randolph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is now proceeding on Plaintiff's "claims against defendants Lozovoy, Grewal, and Chen, for deliberate indifference to serious medical needs in violation of the Eighth Amendment." (ECF No. 14, p. 3).

　　　　On February 12, 2018, Plaintiff filed a motion for the issuance of a third party subpoena. (ECF No. 30). Plaintiff requests trial testimony from case number 1:12-cv-00392-LJO-MJS by California Department of Corrections and Rehabilitation ("CDCR") medical expert Bruce Barnett. According to Plaintiff, this testimony goes to the policy, practice, and procedures of CDCR primary care practitioners in dealing with gout patients.

　　　　A third party subpoena on the Court itself is not the proper method to obtain court documents, especially transcripts. In order to obtain a copy of a transcript in a case, an order needs to be placed with the court reporter. In this instance, if Plaintiff wants to obtain a copy of

1

the transcript, he should write to Peggy J. Crawford, U.S. Court Reporter, 2500 Tulare Street, Fresno, CA, 93721, Room 1501. The correspondence should include the case name, case number, date of hearing, and the portion(s) of the transcript that Plaintiff wishes to order (for example, Plaintiff can specify that he only wants to order the portion of the transcript that contains the testimony from Bruce Barnett). Ms. Crawford can provide further information regarding the cost of obtaining this transcript. The Court notes that it is not available through the online electronic filing system.

Accordingly, based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion for the issuance of a third party subpoenas is DENIED.

IT IS SO ORDERED.

Dated: **February 15, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE