# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOZOVOY, et al.,<br><br>　　　　　Defendants. | No. 1:16-cv-01528-DAD-EPG (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR SETTLEMENT CONFERENCE ON APRIL 2, 2018<br><br>(Doc. 32) |

　　　　This matter was set for a settlement conference on April 2, 2018, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on that date. (Doc. 32.) The settlement conference has been vacated.

　　　　Accordingly, Plaintiff, Colin M. Randolph (IM # T-27441), is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

　　Dated:　**March 27, 2018**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1