UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>    Plaintiff,<br><br>v.<br><br>R. LOZOVOY, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01528-DAD-EPG (PC)<br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Colin Randolph, CDCR # T-27441, a necessary and material witness in a settlement conference in this case on November 9, 2018, is confined in Kern Valley State Prison (KVSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston at the U. S. District Court, 510 19th Street, Bakersfield, California, 93301, on Friday, November 9, 2018, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, KVSP, P. O. Box 3130, Delano, California, 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Thurston at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**October 9, 2018**__        _____/s/ Erica P. Grosjean_____
                                                    UNITED STATES MAGISTRATE JUDGE

