# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RANDOLPH,<br><br>        Plaintiff,<br><br>   v.<br><br>R. LOZOVOY, et al.,<br><br>        Defendant. | Case No.: 1:16-cv-01528 DAD EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE COLIN RANDOLPH, CDC #T-27441 IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Inmate witness COLIN RANDOLPH, CDC # T-27441, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

   Dated: **November 9, 2018**               **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE