UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>    Plaintiff,<br><br>v.<br><br>R. LOZOVOY,<br><br>    Defendant. | Case No. 1:16-cv-01528-DAD-EPG (PC)<br><br>ORDER MODIFYING DEADLINES AND REQUIRING PARTIES TO MEET AND CONFER RE: WHETHER A SECOND SETTLEMENT CONFERENCE WOULD BE BENEFICIAL |

    Colin Randolph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

    As Defendants' motion for summary judgment was denied in part, the Court will direct the parties to meet and confer regarding whether a second settlement conference would be beneficial in this case. Additionally, since the motion for summary judgment was ruled on after certain deadlines passed, the Court will modify some of the deadlines in this case.

    Accordingly, IT IS ORDERED that:

    1. Defense counsel has seven days from the date of service of this order to contact Plaintiff to discuss whether a second settlement conference would be beneficial. After contacting Plaintiff, defense counsel shall promptly file a report with the Court indicating whether the parties believe a second settlement conference would be beneficial.

1

2. Plaintiff has until October 10, 2019, to file his pretrial statement.

3. Defendant has until October 17, 2019, to file his pretrial statement.

4. Motion(s) for the attendance of incarcerated witnesses, if any, must be filed on or before October 17, 2019. Oppositions, if any, must be filed on or before October 31, 2019.

5. If Plaintiff wishes to have the Marshals Service serve subpoenas on unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit the money orders to the Court no later than December 3, 2019. In order to ensure timely submission of the money orders, Plaintiff must notify the Court of the names and locations of his witnesses no later than November 4, 2019.

6. All other dates and deadlines, including the date of the Telephonic Trial Confirmation Hearing (which is currently set for November 4, 2019, at 1:30 p.m.) and the date of the Trial (which is currently set for January 28, 2020, at 8:30 a.m.), remain the same.

IT IS SO ORDERED.

Dated: **September 25, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE