1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10    COLIN M. RANDOLPH,                        Case No. 1:16-cv-01528-DAD-EPG (PC)

11                    Plaintiff,

                                                ORDER GRANTING DEFENDANT'S
12         v.                                   REQUEST TO MODIFY DEADLINE TO
                                                FILE PRETRIAL STATEMENT, AND
13    R. LOZOVOY,                               CONTINUING TELEPHONIC TRIAL
                                                CONFIRMATION HEARING TO
14                    Defendant.                NOVEMBER 18, 2019, AT 1:30 P.M.

15                                              (ECF NO. 63)

16

17
            On October 10, 2019, Defendant filed a request to modify the deadline to file its pretrial
18
      statement until one week after Plaintiff files his pretrial statement.  (ECF No. 63).  Defendant asks
19
      that he be given until November 4, 2019, to file his pretrial statement.
20
            The Court will grant Defendant's request.  As Defendant's pretrial statement will be due
21
      on the day of the currently scheduled Telephonic Trial Confirmation Hearing, the Court will
22
      continue the Telephonic Trial Confirmation Hearing to November 18, 2019, at 1:30 p.m.
23
            Accordingly, IT IS HEREBY ORDERED that:
24
            1.  Defendant has until November 4, 2019, to file his pretrial statement; and
25
            2.  The Telephonic Trial Confirmation Hearing is continued to November 18, 2019, at
26
                1:30 p.m., in Courtroom 5, before District Judge Dale A. Drozd.  To participate
27
                telephonically, the parties must dial into the conference at 877-402-9757, using
28
                                                    1

access code 6966236, at the time of the hearing.  Counsel for Defendant is required to arrange for the participation of Plaintiff in the Telephonic Trial Confirmation Hearing.  Because the Court may be hearing other matters using the same conference line, please wait to state your appearance until your case has been called and appearances are requested.  Keep all background noise to a minimum.

IT IS SO ORDERED.

Dated:  **October 11, 2019**

/s/ _Eric P. Gron_
_____
UNITED STATES MAGISTRATE JUDGE