UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>    Plaintiff,<br><br>v.<br><br>R. LOZOVOY,<br><br>    Defendant. | Case No. 1:16-cv-01528-DAD-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT COLIN M. RANDOLPH, CDC #T27441, PLAINTIFF<br><br>(ECF NO. 84)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE WARDEN OF KERN VALLEY STATE PRISON |

    On December 27, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport Colin M. Randolph, CDC #T27441, Plaintiff, to the court, so that he could testify at the upcoming trial in this case. (ECF No. 84). On January 14, 2020, the parties filed a joint stipulation dismissing this action with prejudice and noting that they resolved this case in its entirety. (ECF No. 87).

    In light of the parties' stipulation, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to transport Colin M. Randolph, CDC #T27441, Plaintiff, is VACATED.

    IT IS FURTHER ORDERED that the Clerk of Court is directed to serve a copy of this order on the Warden of Kern Valley State Prison. If there is any change in custody of this inmate, the custodian shall provide the new custodian with a copy of this order.
IT IS SO ORDERED.

    Dated:   **January 15, 2020**           /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE